IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

JACOB A. CARTER                                              PLAINTIFF

VS.                                           CIVIL ACTION NO.: A2402-2020-66

THOR INDUSTRIES, INC.;
THOR MOTOR COACH, INC.,
CAMPING WORLD RV SALES, LLC; and
BANK OF THE WEST                                       DEFENDANTS

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE
### AS TO THOR INDUSTRIES, INC.

BEFORE THE COURT is the joint motion of Plaintiff Jacob A. Carter and Defendant Thor Industries, Inc. requesting that the Court dismiss without prejudice all claims against Defendant Thor Industries, Inc. pursuant to Miss. R. Civ. P. 21. The Court finds the motion is well-taken and should be granted.

IT IS, THEREFORE ORDERED AND ADJUDGED that Defendant Thor Industries, Inc., is hereby dismissed without prejudice from the claims of the Plaintiff, Jacob A. Carter. This dismissal is effective solely with regard to Plaintiff's claims against Thor Industries, Inc., and does not affect the rights of any other parties to this action.

IT IS FURTHER ORDERED AND ADJUDGED that should Plaintiff seek to rejoin Thor Industries, Inc. as a Defendant, any amended complaint so adding Thor Industries, Inc. will relate back to the original complaint as to any claims against Thor Industries, Inc. for purposes of satisfying any applicable statutes of limitations.

SO ORDERED AND ADJUDGED this the __8__ day of April, 2020.

_____
CIRCUIT COURT JUDGE





EXHIBIT B

Agreed and presented by:

s/ G. Morgan Holder
G. Morgan Holder (MB No. 104131)
SMITH & HOLDER, PLLC
Post Office Box 1149
Gulfport, MS 39502
Tel: 228-206-7076
Fax: 228-284-1870
morgan@smithholder.com

*Counsel for Plaintiff*

s/ Caroline Loveless
Kathleen Ingram Carrington (MB No. 104220)
Caroline Loveless (MB No. 105960)
BUTLER SNOW LLP
P.O. Box 6010 (39158)
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Tel: 601-948-5711
Fax: 601-985-4500
kat.carrington@butlersnow.com
caroline.loveless@butlersnow.com

Patrick T. Bergin (MB No. 9482)
BUTLER SNOW LLP
Post Office Drawer 4248 (39502)
1300 Twenty Fifth Avenue, Suite 204
Gulfport, MS 39501
Tel: 228-575-3040
Fax: 228-868-1531
patrick.bergin@butlersnow.com

*Counsel for Defendant Thor Industries, Inc.*